VIVIAN I. ORLANDO (SBN 213833)
VOrlando@maynardnexsen.com
MAYNARD NEXSEN LLP
10100 Santa Monica Blvd., Ste. 550
Los Angeles, CA 90067
Telephone: 310.596.4500

JAMES J. HOCKEL (SBN 340612)
JHockel@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Ste. 1450
San Francisco, CA 94111
Telephone: 415.704.7433
Facsimile:   205.254.1999

Attorneys for Defendant Transamerica Life Insurance Company (erroneously sued as Transamerica Life Insurance)

GUILLERMO GUTIERREZ

Plaintiff (pro se)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO GUTIERREZ<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE, and DOES I-XX, Inclusive<br><br>Defendants. | Case No. 2:23-cv-02514-AC<br><br>**[PROPOSED] ORDER**<br><br>[Filed concurrently with Joint Stipulation of Dismissal]<br><br>Complaint filed: October 2, 2023 |

-1-

# [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, the above-entitled action is hereby dismissed in its entirety with prejudice.  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: February 28, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE